PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY -2 AM 9:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. **MARY ROBERTS**                Docket No. __2:01CR20202-01__

## Petition on Probation and Supervised Release

COMES NOW __Christy J. Henson__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Mary Roberts__, who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at __Memphis, TN__, on the __18th__ day of __January, 2002__, who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall provide the Probation Officer assess to any requested financial information.

2. The defendant is prohibited from opening any additional lines of credit without permission of the Probation Officer.

3. The defendant shall make restitution in the amount of $151,694.46 as directed by the Probation Office. (Balance: $150,169.00 as of March 29, 2005)

   \* **Supervised Release initially began in the SD/MS on September 19, 2003.**

   \*\* **Supervision subsequently transferred to WD/LA (Alexandria).**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mary Roberts is currently being supervised by Danny D. Harper, United States Probation Officer (WD/LA/Alexandria). U. S. Probation Officer Harper feels Mrs. Robert's rehabilitative interests would be better served if Mrs. Roberts' conditions of supervision, as indicated on the attached Probation Form 49 (Waiver of Hearing to Modify Conditions), were modified to include: (1) Two Hundred Dollar ($200.00) per month restitution payment; and (2) one hundred percent (100%) of any Federal or State income tax refund during term of supervision. Mrs. Roberts has signed this form indicating her agreement to these modifications.
**PRAYING THAT THE COURT WILL ORDER** that Mary Roberts' conditions of Supervised Release be modified as indicated on the attached Probation Form 49.

**ORDER OF COURT**

Considered and ordered this __2nd__ day of __May__ 20__05__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN__

Date: __April 25, 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-4-05__

276

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF TENNESSE

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v.                                                                Criminal No. 01-20202-001-G

Mary Roberts

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

(1) The defendant shall pay restitution at a rate of $200.00 per month, to begin immediately.

(2) The defendant shall apply 100% of any Federal or State income tax refund received during the term of supervision toward restitution.

Witness: _____        Signed: _____
         U.S. Probation Officer                   Mary Roberts

Date: 4/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 276 in case 2:01-CR-20202 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT